PD-0165-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/12/2015 3:47:37 PM
Accepted 2/13/2015 9:09:01 AM
ABEL ACOSTA
CLERK

CAUSE NO. PD-0165-15

| | |
|---|---|
| ERIC L. HILL | IN THE COURT OF CRIMINAL |
| Appellant | |
| vs. | APPEALS |
| THE STATE OF TEXAS | AUSTIN, TEXAS |
| Appellee | |

MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT

NOW COMES Tim Cone the movant and court appointed attorney in the above entitled appeal, and files this motion to withdraw as attorney for the Appellant and in support of same would respectfully show the following:

I.

Appellant's attorney has recently requested an extension to file a Petition for Discretionary Review with this Court. The Appellant has made it known to this attorney that he does not wish to be represented by this attorney and would like to file his own Petition for Discretionary Review.

II.

In light of Appellant's request, Appellant's attorney would request the Court allow the Appellant the extension of time to file the petition.

WHEREFORE, PREMISES CONSIDERED, Attorney for the Appellant respectfully requests that he be permitted to withdraw as counsel in the above referenced matter.

FILED IN
COURT OF CRIMINAL APPEALS

Respectfully submitted,

February 13, 2015

ABEL ACOSTA, CLERK

/s/Tim Cone

_____
Tim Cone, Attorney at Law
P.O. Box 413
Gilmer, Texas  75644
ATTORNEY FOR APPELLANT


CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion to Withdraw has been mailed to Eric Hill, TDCJ#1917752; Allred Unit TDCJ; 2101 F.M. 369N.; Iowa Park, Texas 76367.


/s/Tim Cone

_____
Tim Cone, Attorney at Law